UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Nathan Louis Lomax,

        Petitioner

    v.

Brian Williams, et al.,

        Respondents

Case No. 2:24-cv-00924-CDS-NJK

Order Directing Petitioner to Submit Application to Proceed *In Forma Pauperis* or Pay Filing Fee

Nathan Louis Lomax has submitted a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1-1. He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.[1]

It is therefore ordered that Lomax must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis* **by August 16, 2024**.

It is further ordered that failure to do so may result in the dismissal of this action without prejudice and without further prior notice.

It is further ordered that the Clerk of Court retain the petition but not file it at this time.

Dated: July 15, 2024

_____
Cristina D. Silva
United States District Judge

---

[1] The Court notes that it appears that Lomax's petition may be untimely and present an unexhausted claim.