UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Nathan Louis Lomax,

          Petitioner

v.

Brian Williams, et al.,

          Respondents

Case No.: 2:24-cv-00924-CDS-NJK

**Order Granting Extension of Time to File Response to Petition to January 13, 2025**

[ECF No. 10]

      Respondents ask the Court for an extension of time to file their response to Nathan Louis Lomax's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 10. Good cause appearing,

      IT IS ORDERED that respondents' motion for extension of time to file their response to the petition [ECF No. 10] is GRANTED *nunc pro tunc*. **The deadline to respond is extended to January 13, 2025.**

      Dated: November 19, 2024

_____
Cristina D. Silva
United States District Judge