# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Louis Lomax,<br><br>             Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>             Respondents | Case No.: 2:24-cv-00924-CDS-NJK<br><br>**Order Granting Extension of Time to File Response to Petition to February 12, 2025**<br><br>[ECF No. 15] |

Respondents seek an extension of time to file their response to Nathan Louis Lomax's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 15. Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file their response to the petition **[ECF No. 15] is GRANTED** nunc pro tunc to the date of the request. **The deadline to respond is extended to February 12, 2025.**

Dated: January 15, 2025

_____
Cristina D. Silva
United States District Judge